# EXHIBIT "A"

 

#### COVID BAILOUTS

# Florida

Search by industry, loan amount, location, name, congressional district and more. The totals will update as you select filters.

## Share this search

Facebook    Twitter    Copy Link

**BAILOUT SUBTOTAL**

## $126,690

**AVERAGE BAILOUT FOR 3 RECIPIENTS**

## $42,230

HIDE FILTERS

Showing **1 - 3** out of **3** for: *RAMVAL ENTERPRISES INC.*      Show  10

### RAMVAL ENTERPRISES INC

Miami, FL 33196

**Loan Amount:**

## $84,190

## RAMVAL ENTERPRISES INC

Doral, FL 33172

**Loan Amount:**

## $32,500

## RAMVAL ENTERPRISES INC DBA DOGGIES GONE WILD

Doral, FL 33172

**Loan Amount:**

## $10,000

‹ **1** ›

News

Contact

About

Projects

Donate

**Methodology**

© 2020 | Privacy Policy




## COVID BAILOUTS

# RAMVAL ENTERPRISES INC

**EIDL**

Doral, FL 33172
Congressional District: FL-25
Loan Date: 2020-05-05

## Share

Facebook | Twitter | Copy Link

### EIDL BAILOUT AMOUNT

# $32,500

News
Contact
About
Projects
Donate
Methodology

© 2020 | Privacy Policy